1  ERIC GRANT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Respondents

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 HANY AL KHOURY,                    Case No. 1:26-CV-00586-KES-SKO

           Petitioner,                ORDER
11
   v.
12
   SERGIO ALBARRAN, ET AL.,
13
           Respondents.
14

15
        IT IS ORDERED that Respondents' deadline to respond to the Court's Order to Show Cause is
16
   extended to midnight on January 30, 2026.
17
        IT IS SO ORDERED.
18

19 IT IS SO ORDERED.

20   Dated:   January 30, 2026        _____
21                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                      1